UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | Dejuan Kelker, II | ) Case Number: 25-12258 |
| | | ) Chapter 13 Proceedings |
| | Debtor. | ) Judge Suzana Krstevski Koch |

**TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN**

Now comes **LAUREN A. HELBLING**, the duly appointed and qualified Standing Chapter 13 Trustee ("Trustee") herein, by and through counsel, and hereby objects to the Amended Chapter 13 Plan (the "Amended Plan") filed with this Court. In support of this objection, the Trustee makes the following representations to the Court:

1. The terms in the Amended Plan do not match the terms of the Agreed Order entered on July 10, 2025, as docket number 18. This must be clarified.

2. The Amended Plan attached to the Motion is not feasible because it will not be completed within the sixty month maximum period allowed under 11 U.S.C. § 1329(c).

3. The Trustee reserves the right to amend and/or supplement this objection, should additional information be provided.

WHEREFORE the Trustee prays this Court deny confirmation of the proposed plan for the foregoing reasons and/or dismiss the case for failure to fund the Plan or propose a confirmable Plan.

Respectfully submitted,

/S/ T. Michele Lynch
TIAON MICHELE LYNCH (#0069707)
Staff Attorney for Chapter 13 Trustee
Office of the Chapter 13 Trustee, Lauren A. Helbling
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone: (216) 621-4268   Fax: (216) 621-4806
ch13trustee@ch13cleve.com

# CERTIFICATE OF SERVICE

I certify that on November 18, 2025, a true and correct copy of the Trustee's Objection was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Paul A. Bayer, Attorney on behalf of Dejuan Kelker, II, Debtor at bayerlaw17@gmail.com

    /S/ T. Michele Lynch
    TIAON MICHELE LYNCH (#0069707)
    Staff Attorney for Chapter 13 Trustee
    Office of the Chapter 13 Trustee, Lauren A. Helbling
    200 Public Square, Suite 3860
    Cleveland OH 44114-2321
    Phone: (216) 621-4268   Fax: (216) 621-4806
    ch13trustee@ch13cleve.com